Sean Riordan (CA Bar No. 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
T: 916.620.9705
sriordan@aclunc.org

Matthew Cagle (CA Bar No. 286101)
Christine Sun (CA Bar No. 218701)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org
csun@aclunc.org

John G. Heller (CA Bar No. 129901)
Si Eun Amber Lee (CA Bar No.197329)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
T: 415.956.2828
jheller@rjo.com
slee@rjo.com

Attorneys for Plaintiffs
Tanya Faison and Sonia Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT R. JONES, individually and as Sheriff of Sacramento County,<br><br>Defendant. | Case No.: **2:19-cv-00182-TLN-KJN**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  April 18, 2019<br>Time:  2:00 p.m.<br>Dept.:  Courtroom 2, 15th floor<br>Judge: Hon. Troy L. Nunley |

On April 18, 2019, at 2:00 p.m., Plaintiffs' Motion for Preliminary Injunction came on regularly for a hearing in Courtroom 2 of this Court, the Honorable Troy L. Nunley presiding. Having considered the papers filed in support of and in opposition to Plaintiffs'

Motion and the arguments of counsel, and for good cause appearing, this Court **GRANTS** Plaintiffs' Motion as detailed below.

As a preliminary matter, the Court finds that Plaintiffs Tanya Faison and Sonia Lewis have standing to seek relief. *See Spokeo, Inc. v. Robins,* 136 S. Ct. 1540, 1547 (2016); *Davison v. Randall,* 912 F.3d 666, 679 (4th Cir. 2019); *Knight First Amendment Inst. at Columbia Univ. v. Trump*, 302 F. Supp. 3d 541, 558 (S.D.N.Y. 2018) ("*Knight*").

The Court also finds that Plaintiffs are entitled to the preliminary injunction sought. Defendant Scott Jones's banning of Plaintiffs and deletion of their comments from the "Sheriff Scott Jones" Facebook Page, committed under color of law, constitutes (a) a content-based restriction in a designated public forum; (b) impermissible viewpoint discrimination; and (c) speaker-based discrimination, and is therefore presumed unconstitutional. *See Citizens United v. Fed. Election Com'n,* 558 U.S. 310, 340 (2010); *Davison*, 912 F.3d at 673-687; *Knight*, 302 F. Supp. 3d at 565-573. Jones has failed to overcome the presumed unconstitutionality of his actions because he cannot show a compelling state interest in restricting Plaintiffs' protected speech and that the such restriction is drawn narrowly to meet that interest. Plaintiffs have thus demonstrated a likelihood of success on the merits of their First Amendment claims.

Plaintiffs have also demonstrated that they will suffer irreparable harm in the absence of preliminary injunction, as "[t]he loss of First Amendment Freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373-74 (1976). Here, good cause exists to believe that Defendant Jones will continue to engage in violations of Plaintiffs' constitutional rights to free speech, absent a preliminary injunction prohibiting such violations.

Finally, a preliminary injunction is in the public interest and that the balance of hardships tips decisively in favor of the Plaintiffs.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Preliminary Injunction is **GRANTED** pursuant to the following terms:

1. Defendant Scott Jones is **ENJOINED AND RESTRAINED** from

"banning" Plaintiffs Tanya Faison and Sonia Lewis from the "Sheriff Scott Jones" Facebook Page for the duration of the litigation, barring further order from this Court, and starting no later than one calendar day following service of this Order by electronic mail.  Defendant shall take whatever reasonable and appropriate steps, including "unbanning Plaintiffs," necessary to comply with this injunction.

2. Defendant Scott Jones is **ENJOINED AND RESTRAINED** from taking any action restricting Plaintiffs' participation and ability to comment on the interactive portion of the "Sheriff Scott Jones" Facebook Page, including deleting any post, comment and/or reply published by Plaintiffs to that Page, for the duration of this litigation, barring further order from this Court.

This Preliminary Injunction shall take effect immediately and shall remain in effect pending resolution of this action on the merits or until further order of this Court.

No bond is required, as there has been no proof of likelihood of harm to Defendant.  *See Baca v. Moreno Valley Unified Sch. Dist.*, 936 F. Supp. 719, 738 (C.D. Cal. 1996).

IT IS SO ORDERED.


Date:_____, 2019            _____
                                    Honorable Troy L. Nunley

# PROOF OF SERVICE
## [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on March 20, 2019 I electronically filed with the United States District Court, Eastern District of California by using the CM/ECF system the following document:

**PROPOSED ORDER GRANTING PRELIMINARY INJUNCTION**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

NAMES AND ADDRESSES OF PARTIES SERVED:

<u>COUNSEL for SCOTT JONES</u>
Daniel K. Spradlin
James H. Eggart
Woodruff, Spradlin & Smart
555 Anton Boulevard, Ste. 1200
Costa Mesa, CA 92626
Tel: (714) 558-7000
Fax: (714) 835-7787
dspradin@wss-law.com
jeggart@wss-law.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  March 20, 2019

_____
Tamora Horen