WOODRUFF, SPRADLIN & SMART, APC
DANIEL K. SPRADLIN - State Bar No. 82950
dspradlin@wss-law.com
JAMES H. EGGART - State Bar No. 219951
jeggart@wss-law.com
555 Anton Boulevard, Suite 1200
Costa Mesa, California 92626-7670
Telephone: (714) 558-7000
Facsimile: (714) 835-7787

Attorneys for Defendant SCOTT R. JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT R. JONES, individually and as Sheriff of Sacramento County,<br><br>    Defendants. | CASE NO.: 2:19-cv-00182-TLN- KJN<br><br>BEFORE THE HONORABLE TROY L. NUNLEY<br><br>**STIPULATION FOR CONTINUATION OF DATES FOR HEARING AND FILING OF OPPOSITION AND REPLY BRIEFS ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER**<br><br>HEARING DATES PENDING:<br>Type: Motion for Preliminary Injunction<br>Date: April 18, 2019<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2. 15th Flr. |

Plaintiffs TANYA FAISON and SONIA LEWIS, through their counsel of record, and Defendant SCOTT R. JONES, through his counsel of record, hereby stipulate to continue the dates for hearing on Plaintiffs' motion for preliminary injunction and the dates for filing of opposition and reply briefs on said motion.

1. Plaintiffs' motion for preliminary injunction is currently set for hearing on April 18, 2019. Counsel for Defendant JONES, Daniel K. Spradlin, is scheduled to begin trial on April 15, 2019 in Orange County Superior Court in the case of <u>Nachtrieb v. County of Orange et al.</u>, Case No. 30-2011-00467326, which is currently trailing on

the court calendar to April 15, 2019. Defense counsel expects to be engaged in trial on April 18, 2019. To accommodate this conflict, the parties hereby stipulate to continue the hearing date on Plaintiffs' motion to May 2, 2019.

2. Defendant JONES' opposition to Plaintiffs' motion is currently due on April 4, 2019. The parties hereby agree to continue this date to April 9, 2019.

3. Plaintiffs FAISON and LEWIS'S reply brief is currently due on April 11, 2019. The parties hereby agree to continue this date to April 18, 2019.

4. No extensions with regard to the hearing date or briefing dates of Plaintiffs' motion for preliminary injunction have previously been obtained by the parties. (Local Rule 144(b))

DATED: March 27, 2019        WOODRUFF, SPRADLIN & SMART, APC

By: *s/ Daniel K. Spradlin*_____
DANIEL K. SPRADLIN
Attorneys for Defendant SCOTT R. JONES

DATED: March 27, 2019        ROGERS, JOSEPH, O'DONNELL, PC

By: *s/ John G. Heller* (as authorized on 3/27/19)
JOHN. G. HELLER
SI EUN AMBER LEE
Attorneys for Plaintiffs TANYA FAISON and SONIA LEWIS

**IT IS SO ORDERED**

**Dated: March 28, 2019**

_____
Troy L. Nunley
United States District Judge