Sean Riordan (CA Bar No. 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
500 Capitol Mall, Suite 2350
Sacramento, CA 95814
T: 916.620.9705
sriordan@aclunc.org

Matthew Cagle (CA Bar No. 286101)
Christine Sun (CA Bar No. 218701)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org
csun@aclunc.org

John G. Heller (CA Bar No. 129901)
Si Eun Amber Lee (CA Bar No.197329)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
T: 415.956.2828
jheller@rjo.com
slee@rjo.com

Attorneys for Plaintiffs
Tanya Faison and Sonia Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS, | Case No.: **2:19-cv-00182-TLN-KJN** |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE RULE 26 CONFERENCE AND REPORT** |
| vs. | |
| SCOTT R. JONES, individually and as Sheriff of Sacramento County, | |
| Defendant. | |

The parties, by and through their counsel of record, stipulate as follows:

      1.    Plaintiffs Tanya Faison and Sonia Lewis served the complaint in this case on Defendant Scott Jones on February 4, 2019. Pursuant to the Initial Pretrial Scheduling Order, the parties were ordered to confer under Federal Rule of Civil Procedure

26(f) within 60 days of the service of the complaint.

2. The parties hereby stipulate to an extension of the deadline for the Rule 26(f) conference for the following reasons: Since the filing of this case, counsel for Defendant had several trials. Moreover, the parties recently focused on fact development, research, and litigation associated with Plaintiffs' motion for a preliminary injunction. These circumstances constitute good cause for extending the deadline for the Rule 26(f) conference.

3. A Rule 26 meet and confer conference will be held on May 21, 2019 at 10:00 a.m. John Heller of Rogers Joseph O'Donnell PC and Sean Riordan of the ACLU of Northern California will participate on behalf of Plaintiffs, and James Eggart of Woodruff, Spradlin & Smart will participate on behalf of Defendant.

4. The parties, by and through their counsel, will then file a Joint Rule 26(f) Report within 14 days of the Rule 26 conference, pursuant to FRCP 26(f)(2).

IT IS SO STIPULATED.

Dated: May 17, 2019

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA

By: s/ *Sean Riordan*_____
SEAN RIORDAN
Attorneys for Plaintiffs
TANYA FAISON and SONIA LEWIS

Dated: May 17, 2019

WOODRUFF, SPRADLIN & SMART

By: s/ *James H. Eggart* (as authorized on 5/16/19)
JAMES H. EGGART
Attorneys for Defendant
SCOTT R. JONES

**IT IS SO ORDERED.**

Dated: 					By: _____
					Hon. Troy L. Nunley
					United States District Judge

**PROOF OF SERVICE**
**[FRCivP 5(b)]**

I, Erica Ramos, state:  My business address is 500 Capitol Mall, Suite 2350, Sacramento, CA 95814.  I am employed in the City and County of Sacramento where this service occurs or mailing occurred.

I hereby certify that on May 17, 2019 I electronically filed with the United States District Court, Eastern District of California by using the CM/ECF system the following document:

**STIPULATION RE RULE 26 CONFERENCE AND JOINT RULE 26 CONFERENCE REPORT**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

NAMES AND ADDRESSES OF PARTIES SERVED:

<u>COUNSEL for SCOTT JONES</u>
Daniel K. Spradlin
James H. Eggart
Woodruff, Spradlin & Smart
555 Anton Boulevard, Ste. 1200
Costa Mesa, CA 92626
Tel: (714) 558-7000
Fax: (714) 835-7787
dspradin@wss-law.com
jeggart@wss-law.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Sacramento, California.

Dated:  May 17, 2019        /s/ *Erica Ramos*
                            Erica Ramos