UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS,<br><br>               Plaintiffs,<br><br>   vs.<br><br>SCOTT R. JONES, individually and as<br>Sheriff of Sacramento County,<br><br>               Defendant. | Case No. 2:19-cv-00182-TLN-KJN<br><br>**ORDER GRANTING LEAVE TO<br>SUPPLEMENT RECORD IN PENDING<br>PRELIMINARY INJUNCTION MOTION<br>(ECF No. 9)**<br><br>Judge: Hon. Troy L. Nunley<br>Hearing Date: None |

The Court has reviewed Plaintiffs' Motion for Leave to Supplement Record (ECF No. 29.) Having received no opposition thereto and finding good cause therefore, the Motion is GRANTED.

Plaintiffs are granted leave to supplement the record in support of their pending motion for issuance of a preliminary injunction (ECF No. 9) to include as part of the record the portions of the initial and amended interrogatory responses of Defendant Jones attached as Exhibits A and B to the declaration of counsel filed at ECF No. 29-1. Plaintiffs are ordered to re-file counsel's declaration and exhibits on the docket as a Supplement to Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated: December 2, 2019

_____
Troy L. Nunley
United States District Judge

2:19-cv-00182-TLN-KJN Order Granting Leave to Supplement Record in Pending Preliminary Injunction Motion
502345.1

## PROOF OF SERVICE
### [FRCivP 5(b)]

I, Tamora Horen, state:  My business address is 311 California Street, 10th Floor, San Francisco, CA 94104.  I am employed in the City and County of San Francisco where this service occurs or mailing occurred.

I hereby certify that on December 2, 2019 I electronically filed with the United States District Court, Eastern District of California by using the CM/ECF system the following document:

**PROPOSED ORDER GRANTING LEAVE TO SUPPLEMENT THE RECORD ON THE MOTION FOR PRELIMINARY INJUNCTION**

I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

NAMES AND ADDRESSES OF PARTIES SERVED:

COUNSEL for SCOTT JONES
Daniel K. Spradlin
James H. Eggart
Woodruff, Spradlin & Smart
555 Anton Boulevard, Ste. 1200
Costa Mesa, CA 92626
Tel: (714) 558-7000
Fax: (714) 835-7787
dspradin@wss-law.com
jeggart@wss-law.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at San Francisco, California.

Dated:  December 2, 2019                    _____

                                                            Tamora Horen

2:19-cv-00182-TLN-KJN Order Granting Leave to Supplement Record in Pending Preliminary Injunction Motion

502345.1