Sean Riordan (CA Bar No. 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
P.O. Box 189070
Sacramento, CA 95814
T: 916.620.9705
sriordan@aclunc.org

Matthew Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org

John G. Heller (CA Bar No. 129901)
Si Eun Lee (CA Bar No. 197329)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
T: 415.956.2828
jheller@rjo.com
slee@rjo.com

Attorneys for Plaintiffs
TANYA FAISON and SONIA LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>SCOTT R. JONES, individually and as Sheriff of Sacramento County,<br><br>    Defendant. | Case No. 2:19-cv-00182-TLN-KJN<br><br>**ORDER CONTINUING DEADLINES**<br><br>Judge: Hon. Troy L. Nunley<br>Hearing Date: None |

The Court has reviewed the parties' Stipulation to Continue Deadlines. Based on that stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Discovery Cut-Off deadline is continued to April 7, 2020;

2. The deadline to file and serve expert witness designations and reports is continued to May 4, 2020;

3. The deadline to file and serve supplemental expert witness designations and reports is continued to June 1, 2020.

4. The deadline to submit a Joint Trial Readiness Statement if no dispositive motions will be filed is continued to June 22, 2020.

5. The deadline to exchange supplemental discovery responses and disclosures (including expert supplemental materials) is continued to August 3, 2020.

6. The deadline to file dispositive motions of is continued to September 8, 2020.

**IT IS SO ORDERED.**

Dated: February 5, 2020

Troy L. Nunley
United States District Judge