Sean Riordan (CA Bar No. 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
P.O. Box 189070
Sacramento, CA 95814
T: 916.620.9705
sriordan@aclunc.org

Matthew Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org

John G. Heller (CA Bar No. 129901)
Si Eun Lee (CA Bar No. 197329)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
T: 415.956.2828
jheller@rjo.com
slee@rjo.com

Attorneys for Plaintiffs
TANYA FAISON and SONIA LEWIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>SCOTT R. JONES, individually and as Sheriff of Sacramento County,<br><br>　　　　Defendant. | Case No. 2:19-cv-00182-TLN-KJN<br><br>**ORDER TO FURTHER CONTINUE DEADLINES**<br><br>Judge: Hon. Troy L. Nunley<br>Hearing Date: None |

The Court has reviewed the parties' Stipulation to Further Continue Deadlines. Based on that stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. The Discovery Cut-Off deadline is continued to May 19, 2020;
2. The deadline to file and serve expert witness designations and reports is continued to June 15, 2020;
3. The deadline to file and serve supplemental expert witness designations and reports is continued to July 13, 2020;
4. The deadline to submit a Joint Trial Readiness Statement if no dispositive motions will be filed is continued to August 3, 2020;
5. The deadline to exchange supplemental discovery responses and disclosures (including expert supplemental materials) is continued to September 14, 2020;
6. The deadline to file dispositive motions is continued to October 20, 2020.

**IT IS SO ORDERED.**

Dated: March 5, 2020

Troy L. Nunley
United States District Judge