Sean Riordan (CA Bar No. 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
P.O. Box 189070
Sacramento, CA 95818
T: 916.620.9705
sriordan@aclunc.org

Matthew Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org

John G. Heller (CA Bar No. 129901)
Si Eun Amber Lee (CA Bar No.197329)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
T: 415.956.2828
jheller@rjo.com
slee@rjo.com

Attorneys for Plaintiffs
Tanya Faison and Sonia Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT R. JONES, individually and as Sheriff of Sacramento County,<br><br>Defendant. | Case No.: **2:19-cv-00182-TLN-KJN**<br><br>**NOTICE OF CONDITIONAL SETTLEMENT; STIPULATION AND ORDER RE CONTINUANCE OF DEADLINES** |

The parties have entered into a Settlement Agreement. The Settlement Agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are anticipated to be performed no later than August 14, 2020. Plaintiffs will dismiss this entire action no later than ten days following the completion of the settlement terms.

In the meantime, the parties request that the upcoming deadlines for expert witness designations and the Joint Trial Readiness Statement be continued as follows:

1. The current deadline to file and serve expert witness designations and reports of June 15, 2020 shall be continued to **August 14, 2020**.

2. The current deadline to file and serve supplemental expert witness designations and reports of July 13, 2020 shall be continued to **August 28, 2020**.

3. The current deadline to submit a Joint Trial Readiness Statement "if no dispositive motions will be filed" of August 3, 2020 shall be continued to **September 7, 2020**.

**IT IS SO STIPULATED.**

Dated:  June 12, 2020          AMERICAN CIVIL LIBERTIES UNION

                               */s/ Sean Riordan*
                               By: _____
                               SEAN RIORDAN
                               Attorneys for Plaintiffs
                               TANYA FAISON and SONIA LEWIS

Dated:  June 12, 2020          WOODRUFF, SPRADLIN & SMART

                               */s/ James H. Eggart*
                               By: _____
                               JAMES H. EGGART
                               Attorneys for Defendant
                               SCOTT R. JONES
                               (as authorized on June 11, 2020)

The Court adopts and orders the requested resetting of deadlines as requested by the parties.

**IT IS SO ORDERED.**

Dated:  June 12, 2020

                               _____
                               Troy L. Nunley
                               United States District Judge