Sean Riordan (CA Bar No. 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
P.O. Box 189070
Sacramento, CA 95818
T: 916.620.9705
sriordan@aclunc.org

Matthew Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
T: 415.343.0758
mcagle@aclunc.org

John G. Heller (CA Bar No. 129901)
Si Eun Amber Lee (CA Bar No.197329)
ROGERS JOSEPH O'DONNELL, PC
311 California Street, 10th Floor
San Francisco, CA 94104
T: 415.956.2828
jheller@rjo.com
slee@rjo.com

Attorneys for Plaintiffs
Tanya Faison and Sonia Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA FAISON and SONIA LEWIS, <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT R. JONES, individually and as Sheriff of Sacramento County, <br><br> Defendant. | Case No.: **2:19-cv-00182-TLN-KJN** <br><br> **JOINT STIPULATION OF DISMISSAL OF ACTION AND RETENTION OF JURISDICTION; ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Tanya Faison and Sonia Lewis ("Plaintiffs") and Defendant Scott R. Jones ("Defendant"), through their undersigned counsel, hereby jointly stipulate to the dismissal with prejudice of all claims in the above captioned case, in accordance with the terms set forth in the Settlement Agreement and Mutual General Release dated May 15, 2020 ("Agreement").

Pursuant to the terms set forth in Paragraph 8 of the Agreement, the parties have agreed to the Court's retention of jurisdiction to enforce the terms of the Agreement for a period of three years, or for so long as Defendant holds the office of Sacramento Sheriff, whichever is less.

The undersigned counsel for Plaintiffs certifies that the content of this document is acceptable to counsel for Defendants and that said counsel has provided authority to affix his electronic signature and to submit this document on his behalf pursuant to Local Rule 131, subsection (e).

**IT IS SO STIPULATED.**

Dated:  July 17, 2020                    AMERICAN CIVIL LIBERTIES UNION
                                         FOUNDATION OF NORTHERN CALIFORNIA

                                                 */s/ Sean Riordan*
                                         By: _____
                                             SEAN RIORDAN
                                             Attorneys for Plaintiffs
                                             TANYA FAISON and SONIA LEWIS

Dated:  July 17, 2020                    WOODRUFF, SPRADLIN & SMART

                                                 */s/ James H. Eggart*
                                         By: _____
                                             JAMES H. EGGART
                                             Attorneys for Defendant
                                             SCOTT R. JONES
                                             (as authorized on July 15, 2020)

**ORDER**

1. Plaintiffs Tanya Faison and Sonia Lewis and Defendant Scott R. Jones have entered into a Settlement Agreement and Mutual General Release dated May 15, 2020 ("Agreement") to resolve the claims raised in the above captioned case.

2. The Court retains jurisdiction to enforce the terms of the Agreement for a period of three years, or for so long as Defendant Scott R. Jones holds the office of Sacramento Sheriff, whichever is less.

3. The above captioned case is dismissed with prejudice except to the extent the Court retains jurisdiction to enforce the terms of the Agreement for three years, or for so long as Defendant Scott R. Jones holds the office of Sacramento Sheriff, whichever is less.

**IT IS SO ORDERED.**

Dated:  July 17, 2020

Troy L. Nunley
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE NO:  2:19-cv-00182-TLN-KJN
JOINT STIPULATION OF DISMISSAL OF ACTION AND RETENTION OF JURISDICTION